# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**GARY G. WATKINS,**                      **CASE NO. 2:08-cv-1053**
                                                     **CRIM. NO. 2:04-cr-119(3)**

    **Petitioner,**

**v.**

                                                      **JUDGE MARBLEY**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## OPINION AND ORDER

On April 28, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate filed pursuant to 28 U.S.C. §2255 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

                                            s/Algenon L. Marbley
                                            Algenon L. Marbley
                                            United States District Judge